**FILED**

UNITED STATES BANKRUPTCY COURT　　'004 APR 28 AM 9: 47
NORTHERN DISTRICT OF MISSISSIPPI

CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST OF MISS

IN THE MATTER OF
Emilie Montgomery

No. 04-12285

## MOTION TO AVOID NONPOSSESSORY, NONPURCHASE MONEY SECURITY INTEREST AND OTHER RELIEF

COMES NOW THE DEBTOR(S), by and through counsel, and files this Motion to Avoid Nonpossessory, Nonpurchase Money Security Interest and Other Relief in this Cause, and in support of said Motion, would state as follows:

1. Debtor(s) commenced this cause by filing a petition for relief under Chapter 7 of Title 11 of the United States Code.

2. Debtor(s) are indebted to Benefical in the approximate amount of $ 1,107.54, which is secured by household furnishings and personal possessions which are held primarily for the family household use of Debtor(s). All such possessions of Debtor(s) should be exempt pursuant to the laws of the State of Mississippi. The money owed by Debtor to Benefical does not represent any part of a purchase money security lien for any of the articles listed in the security agreement exeucted by the Debtor(s), and all of the articles so covered remain in the possession of the Debtor(s). The existence of the Creditor's lien on Debtor's household and personal goods impairs exemptions to which Debtor would be entitled under 85-3-1 of the Mississippi Code of 1972, 11 U.S.C. 522(f)(2) and Owen v. Owen, 111 S. Ct. 1933 (1991).

WHEREFORE, PREMISES CONSIDERED, an Order should be entered avoiding the security interest in the Debtor's personal and household goods pursuant to 11 U.S.C. 522(f)(2), and for such other additional or alternative relief as may be just and proper.

SHOULD ANY DEBTOR DESIRE TO OBJECT TO SAID MOTION TO AVOID NONPOSSESSORY, NONPURCHASE MONEY SECURITY INTEREST AND OTHER RELIEF, OBJECTION MUST BE FILED TWENTY DAYS FROM THE FILING DATE OF THIS MOTION OR AN ORDER WILL BE ENTERED GRANTING THE RELIEF SOUGHT.

Respectfully submitted, this, 4/21/04

_____
Michael W. Boyd, Debtor's Attorney

**ORIGINAL**

- 1 -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF  CHAPTER 7
Emilie Montgomery

No._____

NOTICE OF MOTION

I, Michael W. Boyd, Attorney for Debtor(s) herein, do hereby notice the following creditor that a Motion to Avoid Nonpossessory, Nonpurchase Money Security Interest and Other Relief has been filed on behalf of Debtor(s):

Benefical
Bankruptcy Department
PO Box 9055
Brandon, FL  33509

NOTICE IS FURTHER GIVEN that all creditors and other interested parties desiring to object to said Motion are hereby requried to file written Objections within 20 days of the filing of said Motion with the Clerk of this Court:

Hon. Joseph E. Wroten, Clerk
U. S. Bankruptcy Court
P. O. Box 867
Aberdeen, MS  39730

and to serve a copy of said Objections upon Attorney for Debtor(s) and the Case Trustee:

Michael W. Boyd, Attorney at Law       Jeffery Levingston, Chapter 7 Bankruptcy Trustee
Post Office Box 1586                   Post Office Box 1327
Greenville, MS 38702-1586              Cleveland, MS  38732

In the event such written objection or other responsive pleading is not filed within 20 days of the filing of this Motion, said Motion may be determined ex parte by the Court. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

Dated: 4/21/04

_____
Michael W. Boyd,
Attorney for Debtor

Michael W. Boyd, Attorney for Debtor
Post Office Box 1586
Greenville, MS 38702-1586
Telephone:     601-332-0202
Fax:           601-332-0241

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF	CHAPTER 7
Emilie Montgomery

No._____

CERTIFICATE OF SERVICE

I, Michael W. Boyd, Attorney for Debtor(s), do hereby certify that I have this day mailed a true and correct copy of the above and foregoing Motion to Avoid Nonpossessory, Nonpurchase Money Security Interest to the following individuals:

Jeffery Levingston, Chapter 7 Trustee
Post Office Box 1327
Cleveland, MS  38732

U. S. Trustee
Suite 808 McCoy Federal Building
Jackson, MS 39269

Benefical
Bankruptcy Department
PO Box 9055
Brandon, FL  33509

Dated: 4/21/04

Michael W. Boyd,
Attorney for Debtor(s)

Michael W. Boyd, Attorney at Law
Post Office Box 1586
Greenville, MS 38702-1586
Telephone:	601-332-0202
Fax:	601-332-0241

- 3 -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF
Emilie Montgomery

CHAPTER 7

No. 04-12285

ORDER AVOIDING NONPOSSESSORY,
NONPURCHASE MONEY SECURITY INTEREST

THIS CAUSE HAVING COME ON THIS DAY on hearing on Debtor's Motion to Avoid Nonpossessory, Nonpurchase Money Security Interest, filed against Benefical, and the Court, having considered said Motion and finding that no responsive pleading being filed, finds it is well taken and should be sustained.

It is therefore Ordered that the lien of Benefical on the Debtor's personal and household goods be, and the same is hereby avoided pursuant to 11 U.S.C. 522 (f) (2).

SO ORDERED, this, the _____ day of _____, 2001

_____
David W. Houston, III
United States Bankruptcy Judge

- 4 -